IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No: _____ |
| | ) | |
| vs. | ) | 18 U.S.C. § 1344 |
| | ) | |
| **BASCOM NEWSOME** | ) | **INFORMATION** |

### COUNT 1
*(Bank Fraud)*

**THE UNITED STATES ATTORNEY CHARGES:**

That on or about July 7, 2017, in the District of South Carolina, the Defendant, **BASCOM NEWSOME**, knowingly and intentionally did attempt to execute a scheme and artifice to defraud and to obtain money from First Citizens Bank, which was a financial institution then federally insured by the Federal Deposit Insurance Corporation (FDIC), by means and false pretenses, representations, and promises, in that the Defendant did present, or caused another to present, Check Number 1005241976 in the amount of $8,500 for payment by First Citizens Bank when in fact Defendant knew that Check Number 1005241976 had been fraudulently obtained and endorsed.

All in violation of Title 18, United States Code, Sections 1344.

M. RHETT DEHART (DAS)
ACTING UNITED STATES ATTORNEY